JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY HERMANSON; BRANDZ, INC., dba BAMBOO STUDIO,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT PATTERSON; RUSTY BURLEIGH; TOM LEWEY; DAVID WALLER; JOHN PATTERSON; DEBRA PATTERSON.; ET AL.,<br><br>Defendants. | CASE NO.: SACV13-00437-JLS (JPRx)<br><br>**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE**<br><br>First Amended Complaint Filed: April 5, 2013 |

1 THE COURT has considered the Stipulation For Entry Of Order Dismissing The Entire Action With Prejudice.

NOW THEREFORE, IT IS HEREBY ORDERED that the entire action is dismissed with prejudice. Each party to bear its or his own attorneys' fees and costs.

Dated: May 29, 2014

**SO ORDERED:**

*/s/ Josephine Staton*

Honorable Josephine L. Staton
United States District Judge